IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

      Plaintiff,                   CR-S-99-0293 DFL

      vs.,

HARRY L. WIECK,

      Defendant.               ORDER

_____/

      Defendant was convicted of one count of conspiracy to commit securities fraud, two counts of wire fraud, and two counts of money laundering and ordered to serve 63 months in prison and to immediately pay restitution in the amount of $ 2,985,458.  Defendant brings two motions seeking modification of the restitution amount and the restitution payment schedule.  Under the Mandatory Victims Restitution Act ("MVRA") the court must order restitution in the full amount of the loss, without regard to defendant's financial circumstances.  18 U.S.C. §§ 3663A, 3664(f)(1)(A); <u>United States v. Bright</u>, 353 F.3d 1114, 1121 (9th Cir. 2004).  The court, therefore, DENIES defendant's motion for a reduction in the amount of restitution.

      Defendant's motion to alter the schedule for the payment of the court-ordered restitution

is also DENIED. The court orders immediate payment only if defendant's resources are such as to permit immediate payment. If they are not adequate to make immediate payment, as defendant represents, defendant's probation officer has the authority to place him on an appropriate payment schedule that is consistent with his ability to pay.

DATED: 6/24/2005

_____
DAVID F. LEVI
United States District Judge